**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000062
09-JUN-2021
09:18 AM
Dkt. 28 OGMD**

NO. CAAP-21-0000062

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Matter of the Arbitration Between
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Union-Appellee,
and
CITY AND COUNTY OF HONOLULU, DEPARTMENT OF ENVIRONMENTAL
SERVICES, REFUSE DIVISION (FAILURE TO PROVIDE INFORMATION;
DA-15-13A) (2018-008) (2019-017),
Employer-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1SP181000120)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of Employer-Appellant City and County of Honolulu's May 27, 2021 Notice of Withdrawal of Appeal, which the court construes as a motion to dismiss the appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, June 9, 2021.

/s/ Alexa D.M. Fujise
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge